# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MYERS,<br><br>    Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01449-JAD-NJK<br><br>**ORDER** |

On October 31, 2023, Plaintiff filed a notice of settlement with Defendant Pentagon Federal Credit Union Foundation.  Docket No. 12.  Dismissal papers have not been filed. Accordingly, Plaintiff must file dismissal papers with respect to Pentagon Federal Credit Union Foundation by May 10, 2024.

    IT IS SO ORDERED.

    Dated: April 18, 2024

                                                          Nancy J. Koppe<br>
                                                          United States Magistrate Judge