# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEFFREY MYERS,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01449-JAD-NJK

**ORDER**

    Pending before the Court is an order to show cause why Defendant Westlake Services should not be dismissed for failure to prosecute. Docket No. 21. Plaintiff has now sought entry of default against Westlake Services. Docket No. 22. Plaintiff's counsel is hereby **CAUTIONED** that the cases they file must be advanced with appropriate diligence and, moving forward, dismissal may be warranted for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The order to show cause is otherwise **DISCHARGED** and the case may continue with respect to Westlake Services.

    IT IS SO ORDERED.

    Dated: April 22, 2024

                                                      Nancy J. Koppe
United States Magistrate Judge