George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jeffrey Myers*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffrey Myers, | Case No.: 2:23-cv-01449-JAD-NJK |
| Plaintiff, | **Stipulation and order for dismissal of Equifax Information Services, LLC with prejudice.** |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC; Westlake Services, Inc.; Pentagon Federal Credit Union Foundation and SoFi Bank, N.A., Corp., | ECF No. 30 |
| Defendant(s). | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jeffrey Myers and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///

///

///

---

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: August 14, 2024.

3

4    **FREEDOM LAW FIRM**

5    /s/ *George Haines*
     George Haines, Esq.
6    Gerardo Avalos, Esq.
7    8985 S. Eastern Ave., Suite 100
8    Las Vegas, Nevada 89123
     *Counsel for Plaintiff Jeffrey Myers*
9

10   **CLARK HILL PLLC**

11   /s/ *Gia N. Marina*
12   Gia N. Marina, Esq.
     Clark Hill PLLC
13   1700 S. Pavilion Center Drive, Suite 500
14   Las Vegas, NV 89135
     *Counsel for Equifax Information Services, LLC*
15

16                           **ORDER**

17

18       Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS
19   HEREBY ORDERED that the claims against Equifax Information Services, LLC are
     DISMISSED with prejudice, each side to bear its own fees and costs.  **The sole remaining**
20   **defendant is Westlake Services, Inc., against whom the Clerk of Court has entered**
21   **default.  Plaintiff has 10 days to file a motion for default judgment or take other action**
22   **to bring this case to completion.**

23

24   _____
     U.S. District Judge Jennifer A. Dorsey
25   August 15, 2024

26

27

_____